UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1-09-CR-160 |
| v. | ) | |
| | ) | COLLIER / LEE |
| JOHN HENRY COOK | ) | |

## <u>O R D E R</u>

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Three of the three-
count indictment; (2) accept Defendant's plea of guilty to Counts One and Three of the Indictment;
(3) adjudicate Defendant guilty of the charges set forth in Counts One and Three of the Indictment;
(4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant
shall remain in custody until sentencing in this matter (Court File No. 15). Neither party filed a
timely objection to the report and recommendation. After reviewing the record, the Court agrees
with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and
**ADOPTS** the magistrate judge's report and recommendation (Court File No. 15) pursuant to 28
U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)    Defendant's motion to withdraw his not guilty plea to Counts One and Three of the
       Indictment is **GRANTED**;

(2)    Defendant's plea of guilty to Counts One and Three of the Indictment is
       **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and

Three of the Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday April 8, 2010 at 2:00 p.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2